

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Miguel Angel Carbajal Velasco

**Civil Action No.**   26-cv-03684-LL-DDL

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus. Judgment is entered in Petitioner's favor and the case is hereby closed.

**Date:**          7/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Contreras

R. Contreras, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26-cv-03684-LL-DDL

Respondents:

Markwayne Mullin, Secretary, United States Department of Homeland Security; Rodney S. Scott, Commissioner, United States Customs and Border Protection; Gregory J. Archambeault, in his official capacity as Acting Field Office Director for San Diego, U.S. Immigration and Customs Enforcement; Doug Glen, Special Agent in Charge for San Diego, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Jeremy Casey, in his official capacity as Warden of Imperial Regional Detention Facility